UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN GALVEZ, | Case No. 2:16-cv-00134-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| HILTON GRAND VACATIONS COMPANY, | |
| Defendant. | |

Before the court is the Notice of Settlement (ECF No. 15).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 30 days. Accordingly,

**IT IS ORDERED** that the parties shall have until **September 29, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 30th day of August, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE