1   PATRICK H. HICKS, ESQ., Bar #4632
    KAITLYN M. BURKE, ESQ., Bar # 13454
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
3   Suite 300
    Las Vegas, NV  89169-5937
4   Telephone:    702.862.8800
    Fax No.:        702.862.8811
5   Email: phicks@littler.com
    Email: kmburke@littler.com
6
7   Attorneys for Defendant
    HILTON GRAND VACATIONS COMPANY, LLC

8
                           **UNITED STATES DISTRICT COURT**
9
                                  **DISTRICT OF NEVADA**
10

11

12  JUAN GALVEZ, an individual,

         Plaintiff,                                    Case No. 2:16-cv-00134-JCM-PAL
13
    vs.                                                **STIPULATION AND ORDER FOR**
14                                                     **DISMISSAL**
    HILTON GRAND VACATIONS
15  COMPANY, LLC; EMPLOYEE(S) /
    AGENT (S) DOES 1-10; and ROE
16  CORPORATIONS 11-20, inclusive,

17       Defendants.

18
19       Defendant HILTON GRAND VACATIONS COMPANY, LLC ("Defendant"), and Plaintiff
20  JUAN GALVEZ ("Plaintiff"), hereby stipulate and respectfully request an order dismissing the
21  entire action with prejudice.
22       / / /
23       / / /
24       / / /
25       / / /
26       / / /
27       / / /
28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: September 2, 2016 　　　　　　　　　　Dated: September 2, 2016

Respectfully submitted, 　　　　　　　　　　Respectfully submitted,

/s/ Jeffrey Gronich, Esq._____　　　　/s/ Kaitlyn M. Burke_____
JEFFREY GRONICH, ESQ. 　　　　　　　　PATRICK H. HICKS, ESQ.
JEFFREY GRONICH, ATTORNEY AT 　　KAITLYN M. BURKE, ESQ.
LAW, P.C. 　　　　　　　　　　　　　　　　LITTLER MENDELSON

Attorney for Plaintiff 　　　　　　　　　　　Attorneys for Defendant
JUAN GALVEZ 　　　　　　　　　　　　　　HILTON GRAND VACATIONS COMPANY, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: September 7, 2016 _____

Firmwide:141655699.1 085285.1001

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800